AO 440 (Rev 6/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:22-CV-05022


1511706

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

The summons for *(name of individual and title, if any)*  **VENICE GRIFFIN**
was received by me on *(date)*  7/5/22 .

☐ I personally served the summons on the individual at (place) _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's ~~residence~~ business or usual place of ~~abode~~ works with (name) **WENDELL F, Co-Worker**, a person of suitable age and discretion who ~~resides~~ works there,
on (date)  7/8/22  at  4:50 PM , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

07/11/2022

*Server's signature*

JOHN L. HUDAK   1392295
*Printed name and title*

166-06 24th Road, Whitestone, NY 11357
*Server's address*

Additional information regarding attempted service, etc:

SERVED AT 235 EAST 14TH STREET #237 NEW YORK, NY 10003
MALE, BLACK SKIN, BLACK HAIR, 22-35 YRS OLD, 5'9"-6'0", 161-200 LBS

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*