```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANGEL SHAPIRO,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :          22-CV-5022 (JMF)
              -v-                                                 :
                                                                  :              ORDER
JOHN DOE CORP. I et al.,                                          :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On September 28, 2022, Plaintiff filed an Amended Complaint. *See* ECF No. 31. In doing so, however, he failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiff shall file a redline no later than **October 4, 2022.**

SO ORDERED.

Dated: September 29, 2022
       New York, New York                                         _____
                                                                          JESSE M. FURMAN
                                                                       United States District Judge