UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ANGEL SHAPIRO,                                                          :
:
Plaintiff,         :         22-CV-5022 (JMF)
:
-v-                :         ORDER TO SHOW
:              CAUSE
JOHN DOE CORP. I et al.,                                                :
:
Defendants.        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 6, 2022, Defendants filed a motion to dismiss.  *See* ECF No. 23.  On September 28, 2022, Plaintiff filed an Amended Complaint.  See ECF No. 28.  On October 3, 2022, Defendants filed a letter stating that they intend to rely on the previously filed motion to dismiss.  *See* ECF No. 35.  Plaintiff has not submitted an opposition to this motion, which was due by October 17, 2022.  *See* ECF No. 26.  Accordingly, it is hereby ORDERED that, no later than **one week** from the date of this Order, Plaintiff shall show good cause in writing why Defendants' motion should not be deemed unopposed.  Failure to show such good cause (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: October 20, 2022
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge