# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

October 27, 2022

<u>**VIA ECF**</u>
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court, Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re: *Shapiro v. Trihop 14th Street LLC (d/b/a IHOP) et al*
         **Case No.: 1:22-cv-05022-JMF**

Dear Honorable Judge Furman:

  This law firm represents Plaintiff Angel Shapiro (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules 1(B), this letter respectfully serves to respond to Your Honor's October 20, 2022 Order to Show Cause [Dckt. No. 36].

  On September 7, 2022, Your Honor entered a briefing schedule on Defendants' motion to dismiss Plaintiff's initial complaint (the "Motion to Dismiss"). [*See* Dckt. No. 26]. The September 7, 2022 Order provided, in pertinent part, as follows:

> "If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by September 27, 2022…Defendants' reply, if any, shall be filed by October 4, 2022."

[Dckt. No. 26].

  Plaintiff filed an amended complaint on September 28, 2022 [Dckt. No. 31] (the "Amended Complaint").

  In response to the filing of Plaintiff's Amended Complaint, on October 3, 2022, Defendants Trihop 14th Street LLC (a/k/a IHOP) and Edward Scannapieco (together, the "Defendants") filed a letter [Dckt. No. 35] (the "October 3rd Letter"). Defendants' October 3rd Letter contains:

1. A representation of Defendants' intention to rely on their previously filed Motion to Dismiss [*id.* at p. 2 ¶ 2];

2. Additional legal arguments that Defendants' did not include in their previously filed Motion to Dismiss [*id.* at p. 2 ¶ 5]; and

3. A request for permission to file ***a second motion to dismiss***, as against individual defendant Edward Scannapieco [*id.* at p. 3 ¶ 1].

[*See id.*].

Thus, Defendants' October 3rd Letter contained conflicting representations, and was filed in derogation of this Court's Local Civil Rules ("LCR"). [*See* S.D.N.Y. LCR 7.1 (2013 Committee Note) ("[LCR]… 7.1(d) is not intended to expand the types of motions that can be made by letter-motion. For example, motions to dismiss…***may not be made by letter-motion*** ") (emphasis added).

Defendants' additional arguments in the October 3rd Letter [*id.* at p. 2 ¶ 5], and the request for permission to file a ***second motion to dismiss*** [*id.* at p. 3 ¶ 1], led the undersigned counsel to reasonably believe that the Court would issue a briefing schedule on Defendants' anticipated, second motion to dismiss the Amended Complaint.

It is respectfully requested that the Court proceed in one of two ways:

1. Strike Defendants' additional legal arguments in the October 3rd Letter, in response to the Amended Complaint, not previously included in the Motion to Dismiss, deny Defendants' request for permission to file a ***second motion to dismiss***, and schedule a briefing schedule on the pending Motion to Dismiss; or

2. Strike Defendants' additional legal arguments in the October 3rd Letter, in response to the Amended Complaint, not previously included in the Motion to Dismiss, and grant Defendants' permission to file a second motion to dismiss in response to the Amended Complaint, with a briefing schedule to be set thereafter pursuant to LCR 6.1(b).

Thank you, in advance, for your time and attention to this matter.

    Respectfully submitted,

    LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel