**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANGEL SHAPIRO,

                 Plaintiff,
  -against-                                          22 **CIVIL** 5022 (JMF)

                                                         **JUDGMENT**
TRIHOP 14TH STREET LLC et al.,

                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 24, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2023

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                   **BY:**    *K. Mango*

                                                                      **Deputy Clerk**